IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR115** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MATTHEW L. CULLIVER, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 24). Because the Sentencing Guidelines are now advisory, the Court will consider all relevant factors raised by the parties at the time of sentencing, including anticipated amendments to the Guidelines. The Court will also consider the Defendant's request for self-surrender, including a request for an extended self-surrender date.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 24) is denied.

DATED this 27th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge